# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | | |
|---|---|---|
| ROEL OVALLE-ARGUELLO, GERARDO ROMAN-CHAVEZ, ALONSO ZAMORA-CARMONA, and BRIGIDO LOPEZ-ALVARADO, | § § § § § | |
| | § | Civil Action No.: 4:15-CV-606 |
| **Plaintiffs,** | § | |
| V. | § § | |
| THREE SISTERS FROM CARROLLTON, LLC, and LUIS RAMIREZ | § § § § | |
| **Defendants.** | § | JURY TRIAL DEMANDED |

## ORDER ON MOTION TO ENFORCE SETTLEMENT AGREEMENT

TO THE HONORABLE JUDGE OF SAID COURT:

ON THIS DAY came to be considered Defendants' *Motion to Enforce Settlement Agreement*.

The Court, having considered said motion, is of the opinion that the *Motion to Enforce Settlement Agreement* shall in all things be **GRANTED**.

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that in accordance with the settlement agreement signed by the Parties in this cause, all claims between Plaintiffs and Defendants are hereby **DISMISSED WITH PREJUDICE** as to the refiling of same;

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that all costs of Court and attorneys' fees shall be borne by the party incurring same.