## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

| | |
|---|---|
| ROEL OVALLE-ARGUELLO, GERARDO ROMAN-CHAVEZ, ALONSO ZAMORA-CARMONA, and BRIGIDO LOPEZ-ALVARADO, §§§§§§§§§§§§§ | |
| | Civil Action No.: 4:15-CV-606 |
| **Plaintiffs,** | |
| V. | |
| THREE SISTERS FROM CARROLLTON, LLC, and LUIS RAMIREZ | |
| **Defendants.** | JURY TRIAL DEMANDED |

## ORDER OF DISMISSAL WITH PREJUDICE

TO THE HONORABLE JUDGE OF SAID COURT:

ON THIS DAY came to be considered Plaintiffs' and Defendants' Joint Motion for Dismissal with Prejudice (Dkt. #41).

The Court, having considered said motion, is of the opinion that the Joint Motion for Dismissal with Prejudice shall in all things be **GRANTED**.

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that all claims in the above-captioned lawsuit by, against and between the Plaintiffs and Defendants shall be **DISMISSED WITH PREJUDICE** as to the refiling of the same;

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that all costs of court and attorneys' fees shall be borne by the party incurring the same.